UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DRAPER GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25 CV 90 RWS |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORADUM AND ORDER TO SHOW CAUSE**

This matter is before the Court on plaintiff's pro se complaint seeking judicial review of the Commissioner's decision denying his applications for disability insurance benefits and supplemental security income under the Social Security Act.  On May 27, 2025, the Court entered a case management order in this case directing plaintiff to serve and file a brief in support of his application within thirty (30) days after the Commissioner filed the certified administrative transcript. ECF 6.  The Commissioner filed the transcript on July 16, 2025.  ECF 7.  To date, plaintiff has not filed his brief in support of the complaint, and his time for doing so expired long ago.  As plaintiff is representing himself in this matter, it is his responsibility to meet the deadlines set out in the case management order.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff shall show cause in writing by**

**November 10, 2025, why the complaint should not be dismissed without prejudice for failure to comply with the provisions of the case management order. Plaintiff can satisfy this Show Cause Order by filing his brief in support of the complaint by November 10, 2025. The brief must comply with the provisions of the case management order and must include a statement of uncontroverted material facts, with each fact set out in a separately numbered paragraph and supported by citations to the administrative transcript. Failure to respond to this Memorandum and Order to Show Cause by November 10, 2025, will result in the dismissal of the complaint without prejudice without further notice by the Court.**

RODNEY W. SIPPEL  
UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2025.