UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DRAPER GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25 CV 90 RWS |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORADUM AND ORDER**

On October 10, 2025, I sent out a Memorandum and Order to Show Cause why this case should not be dismissed without prejudice for plaintiff's failure to comply with the provisions of the Case Management Order. ECF 8. That Order gave plaintiff specific instructions on how to satisfy the Show Cause Order and comply with the provisions of the Case Management Order, which is plaintiff's responsibility as a self-represented litigant. ECF 8. In response, plaintiff filed a one-page handwritten document informing the Court that he has now moved to Chicago (but not providing a complete, current address in contravention of his responsibilities as a self-represented litigant) and listing the name of his new doctor, his current treatment, and his alleged current impairments. ECF 9. This document in no way satisfies the provisions of the Show Cause Order or the Case Management Order. Plaintiff does not even address the ALJ decision at issue in

this case, which is the only matter for decision before this Court.

In the interests of justice, the Court will afford plaintiff one last opportunity to meet the requirements of the Memorandum and Order to Show Cause issued on October 10, 2025, and the Case Management Order entered on May 27, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff shall comply with the provisions of the Memorandum and Order to Show Cause Issued on October 10, 2025 and show cause in writing by November 19, 2025, why the complaint should not be dismissed without prejudice for failure to comply with the provisions of the case management order.  Plaintiff can satisfy the Show Cause Order entered in this case on October 10, 2025, by filing his brief in support of the complaint by November 19, 2025.   The brief must comply with the provisions of the case management order and must include a statement of uncontroverted material facts, with each fact set out in a separately numbered paragraph and supported by citations to the administrative transcript. Failure to comply with the provisions of the Memorandum and Order to Show Cause issued on October 10, 2025, by November 19, 2025, will result in the dismissal of the complaint without prejudice without further notice by the Court.**

**IT IS FURTHER ORDERED** that plaintiff must also file a separate

2

document as soon as possible indicating his new address of record.  The Court will continue to serve plaintiff at the previously provided address of record unless and until plaintiff complies with this requirement, as it remains plaintiff's sole responsibility as a self-represented litigant to inform this Court of any change of address by providing a complete address for service.  *See* E.D.Mo. L.R. 2.06.

                                              /s/ Rodney W. Sippel
                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2025.